No. 11–10652. YBARRA *v.* BAKER, WARDEN. C. A. 9th Cir. Motion of petitioner for remand, for stay of proceedings, or for leave to amend denied. Certiorari denied.

No. 12–4. METROPOLITAN EDISON CO. ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Commw. Ct. Pa. Motions of Edison Electric Institute; Electrical Engineers, Scientists, and Economists; and Energy Association of Pennsylvania for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of these motions and this petition.

No. 12–122. McNEIL-PPC, INC. *v.* HUTTO ET AL. Ct. App. La., 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–159. WILLIAMS ET UX. *v.* JPMORGAN CHASE BANK ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–177. PIECZENIK *v.* BAYER CORP. ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–191. WASHINGTON *v.* STENSON. Sup. Ct. Wash. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 12–299. REDZIC *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5981. CLAYTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–5992. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.